**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-2190**

_____

YEBELAI MAKONNEN,

Petitioner,

versus

U.S. IMMIGRATION & NATURALIZATION SERVICE,

Respondent.

_____

On Petition for Review of an Order of the Board of Immigration
Appeals. (A70-687-850)

_____

Submitted: April 27, 1999          Decided: June 7, 1999

_____

Before MURNAGHAN, ERVIN, and MICHAEL, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Onyebuchi N. Enechionyia, Arlington, Virginia, for Petitioner.
Frank W. Hunger, Assistant Attorney General, Francesco Isgro,
Senior Litigation Counsel, Norah Ascoli Schwarz, Office of Immi-
gration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washing-
ton, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Yebelai Makonnen, a citizen and native of Ethiopia, seeks review of an order of the Board of Immigration Appeals (Board) affirming the decision of the immigration judge (IJ) denying him political asylum, 8 U.S.C.A. § 1158 (West Supp. 1998), and withholding of deportation, 8 U.S.C.A. § 1253(h) (West Supp. 1998). Makonnen left the country in 1989 and fled to Germany, where he lived until he came to this country in 1993 on a six-month visitor's visa.

The IJ denied asylum and withholding of deportation but granted voluntary departure. On appeal, the Board held that Makonnen was not eligible for asylum, as he was "firmly resettled" in Germany before coming to this country and failed to show he was eligible under either exception to the "firm resettlement" bar. 8 C.F.R. §§ 208.13(c)(2)(i)(B), 208.15 (1998). The Board also held that Makonnen did not establish his eligibility for withholding of deportation.

We conclude that the decision of the Board is supported by "reasonable, substantial, and probative evidence on the record considered as a whole. . . ." 8 U.S.C.A. § 1105(a)(4) (West Supp. 1998).[*] Therefore, we deny Makonnen's petition for review. We

---

[*] Section 306(b) of the Illegal Immigration Reform Immigrant Responsibility Act of 1996 (IIRIRA), Pub. L. No. 104-208, 110 Stat. 3009, repealed 8 U.S.C. § 1105(a)(4), replacing it with 8 U.S.C.A. § 1252(b)(4) (West Supp. 1998). However, because Makonnen was in deportation proceedings before the effective date of the IIRIRA,

2

dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

---

the transitional rules provide for judicial review under § 1105(a)(4) as it existed before enactment of the IIRIRA. IIRIRA § 309(c)(4).

3